IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRY GENE KIDD, #212543, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv989-IDM |
| ) | (WO) |
| NAPHCARE MEDICAL SERVICES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge entered herein on February 27, 2006 (Doc. No. 40), and the court having independently reviewed the file in this case, said Recommendation is hereby adopted, and it is CONSIDERED and ORDERED as follows:

1. The motion for summary judgment filed by the defendants be and the same is hereby GRANTED.

2. This cause is hereby DISMISSED with prejudice.

3. The costs of this proceeding are hereby TAXED against the plaintiff for which let execution issue.

A judgment in accordance with this Order shall be entered separately.

DONE this 16th day of March, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE